244

UNITED STATES of America,
Appellant,

v.

Arthur E. HERBKERSMAN and Beatrice
E. Herbkersman, Appellees.

No. 12720.

United States Court of Appeals
Sixth Circuit.

April 8, 1957.

Hugh K. Martin and Richard H. Pennington, Cincinnati, Ohio, H. Brian Holland, Ellis N. Slack, and Harlan Pomeroy, Washington, D. C., for appellant.

Arthur E. Herbkersman, Cincinnati, Ohio, for appellees.

Before McALLISTER and STEWART, Circuit Judges, and STARR, District Judge.

PER CURIAM.

The judgment of the district court, D.C., 133 F.Supp. 495, is affirmed upon the authority of Haynes v. United States, 353 U.S. 81, 77 S.Ct. 649, 1 L.Ed.2d 671.

Edward IRON EYES, Appellant,

v.

UNITED STATES of America.

No. 15742.

United States Court of Appeals
Eighth Circuit.

March 1, 1957.

J. K. Murray, Bismarck, N. D., for appellant.

Robert Vogel, U. S. Atty., Fargo, N. D., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed, on motion of appellee.

Frank Kinney EXUM, Appellant,

v.

UNITED STATES of America.

No. 15732.

United States Court of Appeals
Eighth Circuit.

Feb. 20, 1957.

John J. Kelly, Jr., St. Louis, Mo., for appellant.

Harry Richards, U. S. Atty., and Murry L. Randall, Asst. U. S. Atty., St. Louis, Mo., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for want of prosecution, on motion of appellee.